Submitted February 6, reversed April 1, 2009

In the Matter of W. W.,
aka J. W., aka J. D.,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

W. W.,
aka J. W., aka J. D.,
*Appellant.*

Multnomah County Circuit Court
070970206; A137082

205 P3d 62

Daniel J. Casey filed the brief for appellant.

John R. Kroger, Attorney General, Rolf C. Moan, Acting Solicitor General, and Denis M. Vannier, Assistant Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and Schuman, Judge, and Ortega, Judge.

PER CURIAM

## PER CURIAM

In this civil commitment case, the trial court found that appellant suffers from a mental disorder and, because of that disorder, is unable to provide for his basic needs. On appeal, appellant contends that the record does not contain sufficient evidence to support the order of involuntary commitment. The state concedes the insufficiency of the evidence. On *de novo* review, we agree that the evidence is insufficient.

Reversed.